UNITED STATES of America,
Plaintiff–Appellee,

v.

Kingdawud Mujahid BURGESS,
a/k/a David Clifton Burgess,
Defendant–Appellant.

No. 14–6596.

United States Court of Appeals,
Fourth Circuit.

Submitted: Aug. 20, 2014.

Decided: Aug. 27, 2014.

Kingdawud Mujahid Burgess, Appellant
Pro Se. Dennis Michael Fitzpatrick, Office
of the United States Attorney, Alexandria,
Virginia, for Appellee.

Before MOTZ, AGEE, and KEENAN,
Circuit Judges.

Affirmed by unpublished PER
CURIAM opinion.

Unpublished opinions are not binding
precedent in this circuit.

PER CURIAM:

Kingdawud Mujahid Burgess appeals the district court's order denying his motions under 18 U.S.C. § 3582(c)(2) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Burgess,* No. 1:06-cr-00429-GBL-1, 2012 WL 1378322 (E.D.Va. Apr. 18, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*